**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Tom Mavis, et al.,                                                                  Case No. 3:17CV607

        Plaintiffs

    v.                                                                                        **JUDGMENT ENTRY**

Allstate Vehicle & Property Insurance Co., et al.,

        Defendants

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. This case be, and the same hereby is, dismissed without prejudice for lack of subject-matter jurisdiction. The dismissal is also without prejudice to plaintiffs' ability to refile their suit against the diverse defendant, Allstate Vehicle and Property Insurance Company, only.

2. Leave be, and the same hereby is, granted to plaintiffs to refile their suit against Allstate. In refiling the suit, plaintiffs' counsel should indicate that the refiled suit is related to this case.

3. Upon refiling of the suit, the parties should file an appropriate stipulation indicating that all prior pleadings filed, and all discovery taken, in this case shall carry over and be made a part of the new case.

4. Upon refiling of the suit and the stipulation, and assignment of the new case to the undersigned, the undersigned shall proceed forthwith to adjudicate Allstate's motion for summary judgment.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge